**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RONNIE LEE MORGAN, JR., | ) | NO. CV 12-3594-PA (MAN) |
| Plaintiff, | ) | ORDER ACCEPTING FINDINGS, |
| v. | ) | CONCLUSIONS, AND RECOMMENDATIONS |
| B. HALBEISEN, et al., | ) | OF UNITED STATES MAGISTRATE JUDGE |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. The time for filing Objections has passed, and no Objections have been filed with the Court. The Court accepts the findings and recommendations set forth in the Report and Recommendation.

IT IS ORDERED that: (1) the claim alleged against defendant Halbeisen is dismissed without leave to amend; (2) the Second Amended Complaint consists of a First Amendment retaliation claim alleged against defendant Flores and an Eighth Amendment claim for deliberate

indifference to plaintiff's serious medical needs against defendant Dhaliwal; and (3) the Second Amended Complaint is deemed to be so amended. The Magistrate Judge shall issue an appropriate Order regarding further proceedings.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on plaintiff.

DATED: April 18, 2013

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE