# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE L. MORGAN, JR., | NO. CV 12-3594-PA (MAN) |
| Plaintiff, | |
| v. | JUDGMENT |
| B. HALBEISEN, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(b).

DATED: March 18, 2014

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE